UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HENRY CRUZ and JEANETTE CRUZ,

                        Plaintiffs,

           -against-

THE HOME DEPOT U.S.A., INC.,

                        Defendant.

------------------------------------------------------------x

Civil Action No.: 07 CIV 8610

RULE 7.1 STATEMENT



       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for defendant Home Depot U.S.A., Inc. (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1.     The Home Depot, Inc;

2.     Maintenance Warehouse/America Corp.;

3.     Apex Supply Company, Inc.;

4.     Home Depot International, Inc.;

5.     National Blinds & Wallpaper, Inc.;

#280031v1

6.  Georgia Lighting, Inc.;

7.  Habitat Stores, Inc.;

8.  Maintenance Warehouse International, Inc.;

9.  Brown Jet Center, Inc.;

10. Home Depot (U.K.) Ltd.;

11. Homerlease Co., Inc.;

12. THD Bermuda, Inc.;

13. Home Depot Incentives, Inc.;

14. H.D.V.I. Holding Company, Inc.;

15. Home Depot Plumbing Services, LLC;

16. Home Depot Your Other Warehouse, LLC;

17. Newco, LLC;

18. Home Depot NRO Holdings Inc.;

19. Home Depot PR Holdings, Inc.;

20. Home Depot of Canada, Inc.;

21. Home Depot Puerto Rico, Inc.;

2

#280031v1

22. Home Depot Realty U.L.C.;

23. HD Canada Realty LP;

24. Home Depot Holdings Inc.;

25. Home Depot Nova Scotia Investments (S) U.L.C.;

26. Home Depot Realty Nova Scotia Ltd. Ptrshp;

27. Home Depot Scotia Investments (B1) U.L.C.;

28. Home Depot Scotia Investments (B2) U.L.C.;

29. 3589196 Canada Limited;

30. 3038165 Canada Limited;

31. 3038173 Canada Limited;

32. 3807908 Canada Limited;

33. 3807196 Canada Limited;

34. 1207438 Ontario Limited;

35. 1344493 Canada Limited;

36. HD Holdings Mexico, S.A.;

37. Home Depot U.S.A., Inc.;

#280031v1

38. Soluciones Para Las Casas de Mexico S. de R.I. de C.V.;

39. Total Home S.A. de C.V.;

40. Servicio Superior, S.A. de C.V.;

41. HD USA Mexico Holding Company, Inc.;

42. Productos HD, S.A. de C.V.;

43. The Home Depot S.O.C., Inc.;

44. Thusa, Inc. (domestic);

45. Home Depot de Mexico, S.A. de C.V.;

46. Homer TLC, Inc.;

47. The Home Depot Special Services, Inc.;

48. True Blue Ventures, Inc.;

49. True Blue Country Lakes, L.P.;

50. HD Development Holdings, Inc.;

51. HD Development of Maryland, Inc.; and

52. HD Development Properties, Inc.

4

#280031v1

Dated:    New York, New York
           October 3, 2007

                                        D'AMATO & LYNCH, LLP

                              By:   */s/ Megan Marchick*
                                        Megan Marchick, Esq.
                                        Attorneys for Defendant
                                        HOME DEPOT U.S.A., INC.
                                        70 Pine Street
                                        New York, New York  10270
                                        (212) 269-0927
                                        **Our File No.: 434-74622**

TO:  The Law Office of Anthony R. Tirone, Esq.
      Attorneys for Plaintiffs
      HENRY CRUZ and JEANETTE CRUZ
      305 Old Tarrytown Road
      White Plains, New York  10603
      (914) 686-7007

5

#280031v1

#280018v1