ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
HENRY CRUZ and JEANETTE CRUZ,           :      07 Civ. 8610 (WCC)

                Plaintiffs,    :           **ECF CASE**

    - against -                       :

                                                         **ORDER**

THE HOME DEPOT U.S.A., INC.,            :

                Defendant.     :
- - - - - - - - - - - - - - - - - - - - X

**CONNER, Sr. D.J.**:

       The Court having been advised that all claims asserted herein have been settled, it is

       ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

SO ORDERED.

Dated:  White Plains, New York
       December 5, 2007

                                                   _William C. Conner_
                                            WILLIAM C. CONNER, Senior U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Copies Mailed to Π Counsel of Record
& E-Mailed to Δ Counsel of Record